In the Matter of ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of DORIS ZIERAN, Respondent, v MARK MARVIN, Appellant.

Decided April 5, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.